IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TRAVIS MONROE LASETER,**
  **Plaintiff,**

vs.                                    Case No. 3:08cv465/LAC/MD

**RONALD V. SWANSON, et al.,**
  **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on October 14, 2008 by filing a civil rights complaint (doc. 1). Plaintiff's complaint was found to be deficient and he was ordered to amend his complaint and file a motion to proceed *in forma pauperis*, or pay the $350.00 filing fee, within thirty (30) days (doc. 5). On December 5, 2008, having received no response from plaintiff, this court entered a show cause order directing the plaintiff to show cause, within twenty (20) days, why his case should not be dismissed for his failure to comply with an order of the court (doc. 6). To date, plaintiff has failed to respond or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this 8th day of January, 2009.

/s/ *Miles Davis*
  **MILES DAVIS**
  **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**